UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 02-11738-RWZ

UNITED STATES OF AMERICA
ex rel. CONSTANCE CONRAD

v.

ABBOTT LABORATORIES, INC., et al.

ORDER ON UNOPPOSED MOTION TO AMEND
THE SCHEDULING ORDER AS TO THE NON-INTERVENED DEFENDANTS
September 9, 2011

ZOBEL, D.J.

Whereas, this matter has come before the court prusuant to the Non-Intervened Defendants' Unopposed Motion to Amend the Scheduling Order as to the Non-Intervened Defendants.

IT IS HEREBY ORDERED THAT:

1. The court's ruling on July 20, 2011, that the "Electronic Order dated 11/16/10 granting # 117 Motion to Unseal All Prior Complaints as to the Unsealed Defendants is hereby amended; all prior complaints, pleadings and other docketed submissions are ordered unsealed EXCEPT motions by the United States for extensions of time in which to notify the court of its intention to intervene and supporting memoranda," is hereby affirmed;

2. The parties shall ensure that any redacted pleadings are replaced forthwith with unredacted versions;

3. The Unopposed Motion to Amend the Scheduling Order as to the Non-Intervened Defendants is hereby granted;

4. The July 25, 2011, Scheduling Order is vacated as to the Non-Intervened Defendants;

5. The Non-Intervened Defendants' time to answer, move or otherwise respond to Plaintiff's Tenth Amended Complaint is extended to 45 days from 9/12/11, all docket entries having been unsealed;

6. Plaintiffs' time to oppose is extended to 30 days from the date of defendants' response deadline; and

7. Defendants' time to reply is extended to 14 days from plaintiffs' deadline to oppose.

September 9, 2011
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE